City of Chicago, Appellee, v. Wholesale Coal Distributors Company and William H. Rubin, Appellants.

Gen. No. 42,683.

opinion filed December 13, 1943. William Henning Rubin, for appellants;. Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.